IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02803-AP

GARRETT C. RUCKDESCHEL,

        Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
ALAN M. AGEE
512 S. 8th Street
Colorado Springs, CO 80905
(719) 473-1515
ageealanmpc@qwestoffice.net

For Defendant:
JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

THOMAS H. KRAUS
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout St., Ste. 4169
Denver, CO 80294-4003
(303) 844-0017
tom.kraus@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

      **A.**     **Date Complaint Was Filed:** 10/14/13

      **B.**     **Date Complaint  Was Served on U.S. Attorney's Office:** 10/18/13

      **C.**     **Date Answer and Administrative Record Were Filed:** 12/15/13

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff's Statement:**  The request for review of hearing decision was filed on 7/27/13.  The request for Review requested additional time to submit additional evidence.  It appears that the Appeals Council made a mistake and denied review on 8/20/13.  Accordingly, Plaintiff has additional evidence to submit which will be addressed in either a motion or made part of the argument in the opening brief.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

      **A.**     **Plaintiff's Statement:**  None anticipated.

      **B.**     **Defendant's Statement:**  None anticipated.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7.  OTHER MATTERS

None.

## 8.  BRIEFING SCHEDULE

      **A.**     **Plaintiff's Opening Brief Due:** 3/26/14

      **B.**     **Defendant's  Response Brief Due:** 4/30/14

      **C.**     **Plaintiff's  Reply Brief (If Any) Due:** 5/14/14

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

A.  **Plaintiff's Statement:**  Plaintiff requests Oral Argument.

B.  **Defendant's Statement:** Oral Argument is not requested.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.  **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.  **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>4th</u> day of February, 2014.

BY THE COURT:

<u>S/John L. Kane</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Alan M. Agee
ALAN M. AGEE
512 S. 8th Street
Colorado Springs, CO 80905
(719) 473-1515
ageealanmpc@qwestoffice.net


Attorney for Plaintiff

JOHN F. WALSH
UNITED STATES ATTORNEY

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

s/ Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney
Social Security Administration, Region VIII
        Office of the General Counsel
        1961 Stout St., Ste. 4169
        Denver, CO 80294-4003
        (303) 844-0017
tom.kraus@ssa.gov

Attorneys for Defendant