**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-02803-WJM

GARRETT C. RUCKDESCHEL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Remanding Case to Commissioner, entered by the Honorable William J. Martínez, United States District Judge, on January 12, 2015,

    IT IS ORDERED that the Commissioner's decision is VACATED and this case is REMANDED to the Commissioner for rehearing.

    Dated at Denver, Colorado this 14th day of January 2015.

    BY THE COURT:
    JEFFREY P. COLWELL, CLERK

    By:  s/Deborah Hansen
    Deborah Hansen, Deputy Clerk